/0

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE ABBOTT,

                          Plaintiff,

-against-

ST. JOHN'S RIVERSIDE HOSPITAL,
THERESA DERING,
AND NORA DONAHUE,

                          Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Case No. 1:20-cv-10133-PAE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the Plaintiff, VALERIE ABBOTT and counsel for Defendants, ST. JOHN'S RIVERSIDE HOSPITAL, NORA DONOHER (incorrectly named in the Complaint as "Nora Donahue"), and THERESA DERING, that the Complaint is hereby withdrawn in its entirety and the action and all claims asserted therein are hereby voluntarily dismissed with prejudice. All parties shall bear their own costs and fees.

Dated: June 14, 2021

**LAW OFFICES OF WYATT & ASSOCIATES, P.L.L.C.**

By: _____
Katherine Gabriel, Esq.
*Attorneys for Plaintiff*
17 Elm Street, Suite C211
Keene, New Hampshire 03431
Telephone: (603) 357-1111
Email:

**BOND, SCHOENECK & KING PLLC**

By: _____
James E. McGrath, III, Esq.
*Attorneys for Defendants*
600 Third Avenue, 22nd Floor
New York, New York 10016
Telephone: (646) 253-2319
Email: jmcgrath@bsk.com

SO ORDERED:

_____

12563275.1 5/26/2021